UNITED STATES of America, Plaintiff–Appellee,

v.

Johnny William COOPER, Jr., a/k/a Buck, Defendant–Appellant.

No. 12–6450.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Johnny William Cooper, Jr., Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny William Cooper, Jr., appeals the district court's order denying his pro se motion for leave to supplement his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction or, in the alternative, for reconsideration of the district court's order granting his § 3582(c)(2) motion. Because the district court lacked authority to reconsider its order granting Cooper's § 3582(c)(2) motion, *see United States v. Goodwyn*, 596 F.3d 233, 235–36 (4th Cir.

2010), we affirm the district court's order. *See United States v. Cooper*, No. 3:02–cr–00548–CMC–37 (D.S.C. Feb. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*